

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2016

No. 04-16-00300-CV

**IN THE INTEREST OF C.K.C.U., ET AL., CHILDREN**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-01325
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

 The reporter's record was originally due on May 20, 2016.  On June 1, 2016, court reporter David Zarate filed a notification of late record stating the record would be completed by June 13, 2016.  Mr. Zarate is therefore ORDERED to file the reporter's record **NO LATER THAN JUNE 13,** 2016.  *See* TEX. R. APP. P. 35.3(c) (record extensions in accelerated appeals must not exceed 10 days); *see also* Rule 6.2, Texas Rules of Judicial Administration (requiring court of appeals to dispose of parental termination appeals within 180 days after the notice of appeal is filed).  **Any further request for extension of time will be disfavored**.

_____
Rebeca C. Martinez, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2016.

_____
Keith E. Hottle
Clerk of Court